HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff Pro Hac Vice

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | | |
|---|---|---|
| ERIN GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-01346-EJY<br><br>STIPULATION AND PROPOSED ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until August 31, 2026, in which to e-file her Motion for Remand which is due on July 30, 2026. Defendant shall file any opposition, including cross-motion, on or before September 30, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: July 20, 2026

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff Pro Hac Vice
ERIN GOMEZ

Dated: July 20, 2026

*/s/CHRISTOPHER VIEIRA*
CHRISTOPHER VIEIRA
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 7/20/26]

IT IS ORDERED.

Dated: July 20, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755